STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.              (SBN 113755)
BARRY SULLIVAN, ESQ.               (SBN 136571)
RICHARD A. LOVICH, ESQ.            (SBN 113472)
KARLENE J. ROGERS-ABERMAN, ESQ. (SBN 237883)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Email:  kaberman@sacfirm.com
Telephone:   (818) 559-4477
Facsimile:    (818) 559-5484

Attorneys for Plaintiff
CALIFORNIA PACIFIC REGIONAL MEDICAL CENTER
a California non-profit public benefit corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC REGIONAL MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>GLOBAL EXCEL MANAGEMENT, INC., a Canadian for-profit corporation; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>                    Defendants. | Case No.:  CV13-0540-NC<br><br>[**PROPOSED**] **ORDER GRANTING PLAINTIFF'S REQUEST TO PARTICPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE PURSUANT TO LOCAL RULE 16-10**<br><br>DATE:  May 8, 2013<br>TIME:  10:00 A.M.<br>CTRM.:  A<br>HON. NATHANAEL M. COUSINS |

////
////
////
////
////

1    Having considered Plaintiff CALIFORNIA PACIFIC REGIONAL

2  MEDICAL CENTER's counsel's Request to Participate in the Initial Case

3  Management Conference by Telephone,

4

5    IT IS HEREBY ORDERED that Plaintiff's counsel Karlene J. Rogers-

6  Aberman, Esq. is allowed to appear at the Initial Case Management Conference

7  scheduled for May 8, 2013, in Courtroom A, 15th Floor at 10:00 am by telephone.

8  Counsel shall contact the Courtroom Deputy at 415.522.2039 to provide a number for this appearance.

9  **IT IS SO ORDERED.**

10

11 Dated:  April 22, 2013

12                                    Hon. Nathanael Cousins

13                                    United States Magistrate Judge

14

15                                    APPROVED

16                                    Judge Nathanael M. Cousins

17

18

19

20

21

22

23

24

25

26

27

28

CPMC1                     - 2 -        [PROPOSED] ORDER GRANTING PLAINTIFF'S
                                       REQUEST TO PARTICIPATE IN THE INITIAL CASE
                                       MANAGEMENT CONFERENCE BY TELEPHONE
                                       **CASE NO.  CV13-0540-NC**