STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.          (SBN 113755)
BARRY SULLIVAN, ESQ.             (SBN 136571)
RICHARD A. LOVICH, ESQ.          (SBN 113472)
KARLENE J. ROGERS-ABERMAN, ESQ. (SBN 237883)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Email:  kaberman@sacfirm.com
Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff
CALIFORNIA PACIFIC REGIONAL MEDICAL CENTER
a California non-profit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC REGIONAL MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXCEL MANAGEMENT, INC., a Canadian for-profit corporation; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.:  CV13-0540-NC<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S REQUEST TO PARTICPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE PURSUANT TO LOCAL RULE 16-10**<br><br>DATE:  May 8, 2013<br>TIME:  10:00 A.M.<br>CTRM.:  A<br>HON. NATHANAEL M. COUSINS |

////
////
////
////
////

1  Having considered Plaintiff CALIFORNIA PACIFIC REGIONAL
2  MEDICAL CENTER's counsel's Request to Participate in the Initial Case
3  Management Conference by Telephone,
4
5  IT IS HEREBY ORDERED that Plaintiff's counsel Karlene J. Rogers-
6  Aberman, Esq. is allowed to appear at the Initial Case Management Conference
7  scheduled for May 8, 2013, in Courtroom A, 15th Floor at 10:00 am by telephone.
8  Counsel shall contact the Courtroom Deputy at 415.522.2039 to provide a number for this appearance.
9  **IT IS SO ORDERED.**
10
11 Dated:  April 22, 2013                    _____
12                                           Hon. Nathanael Cousins
13                                           United States Magistrate Judge

APPROVED
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CPMC1                      - 2 -       [PROPOSED] ORDER GRANTING PLAINTIFF'S
                                       REQUEST TO PARTICIPATE IN THE INITIAL CASE
                                       MANAGEMENT CONFERENCE BY TELEPHONE
                                       **CASE NO.  CV13-0540-NC**