IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC REGIONAL MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCEL MANAGEMENT, INC., A Canadian for-profit corporation; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: CV13-0540-NC<br><br>Hon. Nathanael Cousins<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE FROM MAY 8, 2013 TO JUNE 12, 2013; (2) FILING OF CASE MANAGEMENT STATEMENT FROM MAY 1, 2013 TO JUNE 5, 2013; (3) INITIAL DISCLOSURES FROM MAY 1, 2013 TO MAY 29, 2013; AND (4) STIPULATION TO ADR PROCESS |

Having considered the Stipulation to Continue: (1) Case Management Conference from May 8, 2013 to June 12, 2013; (2) Last Day to File Joint Case Management Statement from May 1, 2013 to June 5, 2013; (3) Exchange of Initial Disclosures from May 1, 2013 to May 29, 2013; and (4) Last Day to File Stipulation to ADR Process submitted by all counsel, and good cause having been shown:

IT IS HEREBY ORDERED THAT:

1.  The Case Management Conference currently scheduled for May 1, 2013 at 10:00 a.m., is continued to June 12, 2013 at 10:00 a.m.

2. The last day to file the Joint Case Management Conference Statement is continued from May 1, 2013 to June 5, 2013.

3. The last day to exchange Initial Disclosures is continued from May 1, 2013 to May 29, 2013.

4. The last day to file an ADR Stipulation or Notice of Need for ADR Phone Conference is continued from April 17, 2013 to May 29, 2013.

Dated: April 30, 2013



_____
The Honorable Nathanael Cousins
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES
CASE NO. CV12-0540-NC                                                                 2